# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROSANNA L. PEREZ,

    Defendant.

Case No. 11-397-BAT

**DETENTION ORDER**

Offense charged:

    Crime on Indian Reservation – Assault Resulting in Substantial Bodily Injury.

The Court conducted a detention hearing under 18 U.S.C. § 3142(f) on August 31, 2011. Based on the following factual findings and statement of reasons for detention, the Court finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant's track record of making her court appearances is poor. She has repeatedly failed to appear as directed and numerous warrants for her arrest have been issued. There are currently several active warrants for her arrest. Defendant has no ties to this District, no stable employment and has alcohol problems.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31st day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

\